IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:12cr48-MHT
                            )             (WO)
MICHAEL SMITH and           )
JOSEPH SANDERS              )
```

ORDER

Based on the parties' representations during an on-the-record conference calls held April 30, 2013, all parties agree a single jury cannot render a verdict as to both defendants Michael Smith and Joseph Sanders in this case. Smith's and Sanders's motions to sever will therefore be granted.

Rather than hold back-to-back trials, the government requests that the court empanel two juries during the same trial and charge one jury with rendering a verdict as to Smith and the other with rendering a verdict as to Sanders. After close consideration, the court has determined that the government's proposal would not result in significant time savings, as the government's case-in-chief is estimated to last no more than one week.

The court is further convinced that any time savings from this novel procedure would be outweighed by evidentiary conflicts and logistical complications.

Accordingly, it is ORDERED as follows:

(1) Defendant Joseph Sanders's motions to sever defendant (doc. nos. 86, 115, and 116) and defendant Michael Smith's motion to sever defendant (doc. no. 97) are granted.

(2) The government's motion to empanel two juries in a single trial (doc. no. 99) is denied.

(3) The jury selection and trial for defendant Smith are set for June 12, 2013, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(4) The jury selection and trial for defendant Sanders are set for July 1, 2013, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 1st day of May, 2013.

      /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**