IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH | ) | |

ORDER

Based upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 153) and the objection filed by defendant Michael Smith (Doc. No. 153); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Michael Smith's objection (Doc. No. 194) is overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 153) is adopted; and

(3) That defendant Smith's motion to dismiss for multiplicity (Doc. No. 114) is denied with leave to renew if the evidence at trial warrants reconsideration.

DONE, this the 6th day of May, 2013.

                                      /s/ Myron H. Thompson  
                                   UNITED STATES DISTRICT JUDGE