IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH and | ) | |
| JOSEPH SANDERS | ) | |

## ORDER

Based on the parties' representations during an on-the-record conference call held May 8, 2013, it is ORDERED that defendant Michael Smith's motion for an evidentiary hearing (doc. no. 234) is granted to the extent that the government is not to mention, in the presence of the jury, the two alleged acts at issue without first obtaining a ruling from the court as to their admissibility.

DONE, this the 8th day of May, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**