IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH and | ) | |
| JOSEPH SANDERS | ) | |

## ORDER

It is ORDERED that question 161 in the questionnaires for both defendants Michael Smith and Joseph Sanders is amended to delete the phrase "other than what the judge told you in his opening remarks" and that question now reads as follows: "What have you seen, heard, or read about this case or any of the people involved in it? Please explain the source of the information and your reaction to the information."

DONE, this the 14th day of May, 2013.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE