IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH | ) | |

ORDER

Based upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 192) and the objections filed by defendant Michael Smith (doc. no. 206) and by the government (doc. no. 205); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Michael Smith's objection (doc. no. 206) is overruled;

(2) That the government's objection (doc. no. 205) is overruled;

(3) That the recommendation of the United States Magistrate Judge (doc. no. 192) is adopted; and

(4) That defendant Smith's motion to dismiss due to failure to preserve evidence (doc. no. 112) is denied with leave to renew if the evidence at trial warrants reconsideration.

***

The government objects to certain recitations of evidence that appear in the report and recommendation. Because resolution of this objection would have no effect on the outcome of the issues at hand, the court overrules the objection.

DONE, this the 21st day of May, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE