IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH | ) | |

## ORDER

After consideration of the recommendation of the United States Magistrate Judge (doc. no. 187) and the objections filed by defendant Michael Smith (doc. no. 199) and by the government (doc. no. 197); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is ORDERED that the matter is remanded to the magistrate judge with the following instructions:

(1) The United States Magistrate Judge is to be more explicit as to whether the Incident and Duty Officer Reports are or are not protected under Garrity v. New Jersey, 385 U.S. 493 (1967), and to explain fully why or why not;

(2) Because defendant Michael Smith argues for the first time in his objection to the recommendation that the statements he made to the Alabama Bureau of Investigation (ABI) were compelled on threat of job loss, having previously argued only that the ABI interview was improperly tainted by defendant Smith's prior compelled statements, the United States Magistrate Judge is also to address whether the statements defendant Smith made to the ABI are or are not protected as compelled statements under Garrity v. New Jersey, 385 U.S. 493 (1967), and to explain fully why or why not.

DONE, this the 22nd day of May, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**