IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
        v.                  )      2:12cr48-MHT
                            )         (WO)
JOSEPH SANDERS              )

## OPINION AND ORDER

Based upon consideration of the recommendation of the
United States Magistrate Judge (doc. no. 175) and the
objection filed by defendant Joseph Sanders (doc. no.
193); and after an independent and de novo review of the
record, it is the ORDER, JUDGMENT, and DECREE of the
court:

(1) That defendant Joseph Sanders's objection (doc.
no. 193) to the United States Magistrate Judge's
recommendation is overruled;

(2) That the recommendation of the United States
Magistrate Judge (doc. no. 175) is adopted; and

(3) That defendant Sanders's motion to dismiss (doc.
no. 51) is denied.

\*\*\*

In adopting the magistrate judge's recommendation as to count 14 of the indictment, the court clarifies that the question of whether <u>United States v. Fowler</u>, 131 S. Ct. 2045 (2011), applies to defendant Joseph Sanders's prosecution for violation of 18 U.S.C. § 1512(b)(3) is unnecessary to the disposition of Sanders's motion. The court agrees with the magistrate judge that count 14 sufficiently alleges a violation of § 1512(b)(3); it views the effect of <u>Fowler</u> on § 1512(b)(3) as unresolved.

DONE, this the 24th day of May, 2013.

<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE