IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH | ) | |

ORDER

Because defendant Michael Smith's objection (doc. no. 286 at 7 ¶ 6) to the United States Magistrate Judge's supplemental recommendation (doc. no. 281) relies in part on a tape-recording of defendant Smith's interview with the Alabama Bureau of Investigation that was played during the evidentiary hearing but not entered into evidence, it is ORDERED that counsel for defendant Michael Smith shall file and docket said tape-recording forthwith so that the court can review and consider it.

DONE, this the 4th day of June, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE