IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )     2:12cr48-MHT
                            )         (WO)
MICHAEL SMITH               )
```

ORDER

Based on the representations made during today's on-the-record conference call and the submissions of both sides, it is ORDERED that defendant Michael Smith's motion to continue trial (doc. no. 292) is denied. As defendant Smith admitted that the thrust of his concern is the content of new and different statements and testimony from witnesses, the court believes this can concern can be adequately addressed at trial, without a continuance.

DONE, this the 5th day of June, 2013.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE