IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH and | ) | |
| JOSEPH SANDERS | ) | |

### ORDER

For the reasons stated in open court on June 6, 2013, it is ORDERED that the motions in limine (doc. nos. 241, 242, 243, 244, 245, 246, 247, 248, 252, & 256) are granted in part and denied in part.

DONE, this the 7th day of June, 2013.

                                         /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**