IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH | ) | |

ORDER

By agreement of the parties made on the record on June 6, 2013, it is ORDERED that the motions to inspect (doc. nos. 287 and 305) are left for resolution after the jury verdict.

DONE, this the 11th day of June, 2013.

　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE