IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| MICHAEL SMITH | ) | |

ORDER

It is ORDERED that the motions in limine (doc. nos. 309, 337, and 340) are granted in part and denied in part as set forth by the court during the trial of this case.

DONE, this the 26th day of June, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE