IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-3-MHT |
| | ) | (WO) |
| JOSEPH SANDERS | ) | |

ORDER

Counsel for defendant Joseph Sanders having orally informed the court that he does not object, it is ORDERED that the government's motion to dismiss Count 17 of the indictment (doc. no. 424) is granted and that Count 17 of the indictment is dismissed.

DONE, this the 2nd day of July, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**